UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4873-FMO (SP) | Date | March 11, 2013 |
|---|---|---|---|
| Title | CHERYL JOHNSON v. CITY OF PALMDALE, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Effect Service

    In its October 25, 2012 order in this case, the court advised plaintiff that, under Federal Rule of Civil Procedure 4(m), service of the summons and Second Amended Complaint must be accomplished on each named defendant within 120 days after the filing of the Second Amended Complaint.  The court told plaintiff that, by the court's order, the 120-day period was extended and would expire on February 22, 2013.  The court further ordered plaintiff to file proof of service on each defendant by March 1, 2013.  The court warned plaintiff that her failure to effectuate service by February 22, 2013 may result in the dismissal of the action without prejudice as to any unserved defendants by reason of plaintiff's failure to prosecute, unless plaintiff can show good cause for extending the time for service.

    As of the date of the instant order, there is no indication that plaintiff has served any of the defendants, as she has not filed proof of service on any of the defendants.

    Accordingly, plaintiff is ORDERED to show cause in writing by ***April 1, 2013*** why this case should not be dismissed without prejudice for plaintiff's failure to serve defendants within the time required under Federal Rule of Civil Procedure 4(m).